AO 91 (Rev. 02/09) Criminal Complaint

FILED
WILKES BARRE
APR 1 6 2009
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America )
v. )
) Case No. 5: MJ-09-41
)
ROSS SCARANTINO )
_Defendant_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant violated __18__ U. S. C. § __666__, an offense described as follows:

in or about February of 2008, the defendant, in his capacity as Superintendent of Schools for the Pittston Area School District, did knowingly, intentionally and unlawfully corruptly accept and agree to accept, thousands of dollars in cash from another person, for the benefit of the defendant, intending to be rewarded in connection with the awarding of contracts by the Pittston Area School District, involving a thing of value of $5,000 and more; and, within a one year period from the date of the commission of the offense, the Pittston Area School District received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance and other form of federal assistance.

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

x   Continued on the attached sheet.

_Complainant's signature_

RICHARD G. SOUTHERTON, S.A., FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   Apr 16, 2009

_Judge's signature_

City and state:   WILKES-BARRE, PENNSYLVANIA           MALACHY MANNION, U.S. MAGISTRATE JUDGE
_Printed name and title_