UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:09-CR-166 |
| v. : | |
| : | (Mehalchick, J.) |
| ROSS SCARANTINO, : | |
| Defendant. : | |

**PRAECIPE FOR ENTRY OF APPEARANCE**

Kindly enter the appearance of Assistant U.S. Attorney Jeffery St. John as counsel in the captioned matter.

        Respectfully submitted

        BRIAN D. MILLER
        UNITED STATES ATTORNEY

Dated: December 31, 2025        s/Jeffery St John
        JEFFERY ST JOHN
        Assistant United States Attorney
        Middle District of Pennsylvania
        235 N. Washington Avenue, Suite 311
        Scranton, PA 18150

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on December 31, 2025, she served a copy of the attached:

**PRAECIPE FOR ENTRY OF APPEARANCE**

by ECF notice upon:

Patrick A. Casey, Esquire

<u>/s/ Stephanie Kakareka</u>
Stephanie Kakareka
Legal Administrative Specialist