IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3-CR-09-166 |
| | : | |
| ROSS SCARANTINO, | : | JUDGE MEHALCHICK |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant Ross Scarantino, by and through his undersigned counsel, hereby files this Unopposed Motion for Leave to File Reply Brief in response to the United States' Brief in Opposition to Defendant's Petition for Writ of *Audita Querela* and, in support thereof, avers as follows:

1. On December 22, 2025, Defendant Ross Scarantino filed a Petition for Writ of *Audita Querela*. (ECF 41).

2. By Order dated January 6, 2026, the Court ordered the United States to file a response to Mr. Scarantino's Petition for Writ of *Audita Querela* on or before February 5, 2026. (ECF 43).

3. On January 21, 2026, the United States filed a Brief in Opposition to Mr. Scarantino's Petition for Writ of *Audita Querela*. (ECF 44).

4. It is respectfully submitted that the filing of a reply brief is necessary to provide a full understanding of the issues and address additional legal arguments raised by the United States in its Brief in Opposition.

5.  Granting this request will not prejudice any party or result in a delay of the disposition of this matter but rather will assist the Court with its determination of these important issues.

6.  The United States does not oppose Mr. Scarantino seeking leave to file a reply brief.

7.  Consistent with Local Rule 7.5, a brief in support of this Motion is not required as this Motion has the United States' concurrence and the reasons for the Motion and the relief sought are fully stated herein.

WHEREFORE, Defendant Ross Scarantino respectfully requests that the Court grant him leave to file a reply brief on or before February 20, 2026.

Date:  January 23, 2026                    Respectfully submitted:

/s/ Brian J. Levy
Patrick A. Casey
John B. Dempsey
Brian J. Levy
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Attorneys for Defendant Ross Scarantino

## **CERTIFICATE OF CONCURRENCE**

I, Brian J. Levy, hereby certify that I sought the concurrence of counsel for the United States, Assistant United States Attorney Jeffery St. John, in this Motion. Mr. St. John does not oppose this Motion.

/s/ Brian J. Levy
Brian J. Levy

Date:  January 23, 2026

## **CERTIFICATE OF SERVICE**

I, Brian J. Levy, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Leave to File Reply Brief was served upon the following counsel of record via the Court's ECF system on this 23rd day of January 2026:

>Jeffery St. John, Esquire
>United States Attorney's Office
>Middle District of Pennsylvania
>235 North Washington Avenue, Suite 311
>Scranton, PA 18501

>/s/ Brian J. Levy
>Brian J. Levy