IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | NO. 3-CR-09-166 |
| | : | |
| **ROSS SCARANTINO,** | : | **JUDGE MEHALCHICK** |
| | : | |
| **Defendant.** | : | **ELECTRONICALLY FILED** |

## ORDER

AND NOW, this _____ day of January 2026, IT IS HEREBY ORDERED THAT Defendant's Unopposed Motion for Leave to File Reply Brief is GRANTED.

Defendant shall file his reply brief on or before Friday, February 20, 2026.

BY THE COURT:

_____
Karoline Mehalchick
United States District Judge