**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 3:09-cr-166** |
| | : | |
| **v.** | : | **(Judge Mehalchick)** |
| | : | |
| **ROSS SCARANTINO,** | : | |
| **Defendant.** | : | **Electronically filed** |

**NOTICE PURUSUANT TO LR 7.36**

Pursuant to Local Rule 7.36 (Citation of Supplemental Authorities), in reference to the Petition for Writ of Audita Querela filed by Defendant Ross Scarantino (Doc. 41), which the United States has opposed, the United States directs the Court's attention to the memorandum opinion filed on September 1, 2026 by Judge Neary of this Court, in the case of *United States v. Dennis R. Smith*, 1:06-cr-369, which appears at Docket No. 41 in that case, denying the defendant's petition for writ of coram nobis.

September 1, 2026

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

/s/ Jeffery St John
Jeffery St John
Assistant U.S. Attorney
235 North Washington Ave.

Scranton, PA 18503
Tel: (570) 348-2800
jeffery.st.john@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, I served the foregoing document by electronic service on the following individuals:

Patrick A. Casey, Esquire
pcasey@mbklaw.com

September 1, 2026

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

/s/ Jeffery St John
Jeffery St John
Assistant U.S. Attorney
235 North Washington Ave.
Scranton, PA 18503
Tel: (570) 348-2800
jeffery.st.john@usdoj.gov